UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ROBERT JAMES SWINT | CIVIL ACTION |
| VERSUS | NO. 21-1068 |
| JAMES STANLEY DEAN | SECTION "R" (2) |

## ORDER AND REASONS

The Court has reviewed *de novo* plaintiff's complaint and amended complaint,[1] the applicable law, the Magistrate Judge's Report and Recommendation,[2] and plaintiff's objection.[3] The Magistrate Judge correctly determined that plaintiff's allegations against defendant for employment discrimination are frivolous.[4] The Court finds that plaintiff's objection that he "would like to send this case to the 5th Circuit Court of Appeals" is meritless.[5] Accordingly, the Court adopts the Magistrate Judge's Report and Recommendation as its opinion.

Accordingly, plaintiff's complaint is DISMISSED WITH PREJUDICE.

New Orleans, Louisiana, this 7th day of December, 2021.

*Sarah Vance*
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE

---

[1] R. Doc. 5 (Complaint); R. Doc. 7 (Amended Complaint).
[2] R. Doc. 16.
[3] R. Doc. 19.
[4] R. Doc. 16 at 3-4.
[5] R. Doc. 19.